STATE OF MINNESOTA      )
                        ) ss.  AFFIDAVIT OF JOSHUA A. SZONDY
COUNTY OF RAMSEY        )

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since May of 2014. In addition to being employed with the ATF, I am also a current serving member of the U.S. Air Force Reserve and serve an Explosive Ordnance Disposal Technician. I am currently assigned to the St. Paul Field Office and am also a candidate in the ATF's Certified Explosive Specialist program. My responsibilities include conducting criminal investigations of individuals and organizations related to the violations of Federal laws, particularly those related to criminal use and possession of explosives. I have participated in numerous investigations and trainings related to criminal use, possession, and manufacturing of explosive materials, components, and destructive devices.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Dylan Raymond ORR for unregistered possession of a destructive device, in violation of Title 26, United States Code, Section 5861(d).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include

all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. On April 25, 2022, a lost cell phone was turned into the Savage Police Department by an employee of Rick's Cabaret, a Minneapolis strip club. Prior to turning in the phone, the employee looked through the phone to attempt to identify its owner. While looking for owner information, the employee observed text messages sent to the owner of the phone containing images of what appeared to be pipe bombs. Upon receiving this information, officers of the Savage Police Department obtained a warrant to search the phone through the Scott County Court.

5. A search of the phone revealed text messages sent to the owner of the phone from one phone number showing blueprints and information related to building and assembly of pipe bombs, as well as various images of pipe bombs. One image showed two pipe bombs of different lengths next to a piece of mail in ORR's name, with an address of 12XX Bobcat Lane, Maplewood Minnesota.



Fig. 1: Pipe bombs next to mail bearing Orr's name and address (redacted).

6. Both pipe bombs in the picture had small BBs affixed to the exterior casing of the pipe bombs with tape. I know through training and experience that these are known as "enhancements" and serve the function of increasing damage resulting from detonation of a destructive device.

7. Another image showed two endcaps with holes drilled through them. I know through training and experience that these holes are deliberately added to accept various types of fuses in order to initiate the detonation of a pipe bomb.



Fig. 2: Endcaps with holes drilled through them.

8.  Date and time stamps for the text messages from ORR containing images and blueprints of pipe bombs occurred throughout the month of February and March of 2022.

9.  Based on the above images, law enforcement officers obtained a state warrant to search 12XX Bobcat Lane. On April 28, 2022, officers executed the warrant. I took part in the search in my capacity as an ATF agent with experience in explosive devices. The search revealed two six-inch pipe casings were recovered, four endcaps were recovered where one endcap had been drilled through, and a bag of suspected explosive powder (with a weight of 350 grams) was recovered inside the residence. Various pipes casings and endcaps were observed to have a black residue present on the interior walls and threads. I

observed the interior diameter of each 6-inch pipe casing to be approximately 1 inch in diameter, and each end cap to be sized to thread on to the pipe casings.

10. While at the residence at 12XX Bobcat Lane, I recognized locations that appear in photographs among the exchanges found on the searched phone, including a shed that the sender described as his "tweaker den." In my training and experience, I know "tweakers" is slang for users of methamphetamine.

11. On May 17, 2022, swabs from the endcap with the drilled hole, a pipe casing, and the bag of suspected explosive powder were performed and submitted for Ion Scan analysis at the Minnesota Army National Guard Counter Drug office in Saint Paul, Minnesota. Results of the Ion Scan indicated presence of Nitroglycerin and Nitrate on the endcap and pipe casing, and presence of Nitrate in the suspected explosive powder.

12. A Destructive Device is defined in Title 26, United States Code, Section 5845(f), as "Any type of weapon by whatever name known which will, or which may readily be converted to expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore greater than one-half inch in diameter." The components seized from ORR's residence at 12XX Bobcat Lane meet the definition of a Destructive Device as defined in Title 26, United States Code, Section 5845(f), particularly the provision concerning "a combination of parts designed and intended for use in converting a device into a destructive device and from which a destructive device can be readily

5

assembled."

13. An enquiry of the National Firearms Registration and Transfer Record System indicated that no registrations existed in ORR's name.

14. Based on the information set forth above, there is probable cause to believe that Dylan Raymond ORR violated Title 26, United States Code, Section 5861(d), by possessing an unregistered destructive device.

Further your Affiant sayeth not.

Joshua A. Szondy
Special Agent, ATF

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3) on
July 22, 2022:

DAVID T. SCHULTZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA