CR22-202 NEB/DTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |
| v. | ) | 26 U.S.C. § 5872 |
| | ) | 28 U.S.C. § 2461(c) |
| DYLAN RAYMOND ORR, | ) | |
| | ) | |
| Defendant. | | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Unregistered Destructive Device)

On or about April 28, 2022, in the State and District of Minnesota and elsewhere, the defendant,

**DYLAN RAYMOND ORR,**

knowingly possessed a firearm, as defined by Title 26, United States Code, Section 5845(a)(8), that is, components that could be readily converted to make a pipe bomb, which qualify as destructive devices as defined in Title 26, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record as required by law, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### FORFEITURE ALLEGATIONS

If convicted of Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in any violation of the National Firearms Act.



SCANNED
AUG 23 2022
U.S. DISTRICT COURT MPLS

U.S. v. Dylan Raymond Orr

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY        FOREPERSON